UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| PROFESSIONAL INSTRUMENT COURSES, INC., | CIVIL ACTION NO.: 305CV1344 (AHN) |
| Plaintiff, | |
| V. | |
| WORLD LOGISTICS INC. d/b/a ACCELERATED FLIGHT AND INSTRUMENT TRAINING, and WILLIAM F. FISCHER, | |
| Defendants. | FEBRUARY 11, 2006 |

## CONSENT JUDGMENT

The plaintiff, Professional Instrument Courses, Inc. ("PIC"), and the defendants, World Logistics Inc. d/b/a Accelerated Flight and Instrument Training ("WLI") and William F. Fischer ("Fisher"), having agreed to resolve all of the claims in the Complaint, dated August 23, 2005, in order to avoid the inconvenience and expense of litigation, and based on the declaration of Fischer on behalf of himself and WLI attached hereto, it is hereby ORDERED:

1.  WLI and Fischer agree not to use the terms "PIC," "Professional Instrument Courses," or "iflyifr" as "Ad Words," metatags, or other keywords in connection with any Internet search engine, including, but not limited to, Yahoo! and Google.

2.  PIC agrees not to use the terms "AFIT," "Accelerated Flight and Instrument Training," or "World Logistics" as "Ad Words," metatags, or other keywords in connection with any Internet search engine, including, but not limited to, Yahoo! and Google.

3.  WLI and Fischer agree not to make any unauthorized copies of or reproduce any of PIC's marketing, advertising, or instructional materials, including, but not limited to, The

<u>Instrument Flight Training Manual as developed by Professional Instrument Courses, Inc.</u> WLI and Fischer further agree not to copy or practice the manner in which PIC advertises or depicts the "Five 'T's" (as shown in Exhibit A). In the event that either WLI or Fisher makes any unauthorized copies of or reproduces any of PIC's marketing, advertising, or instructional materials, including, but not limited to, <u>The Instrument Flight Training Manual as developed by Professional Instrument Courses, Inc.</u> or copies or practices the manner in which PIC advertises or depicts the "Five 'T's" (as shown in Exhibit A), the party engaged in such conduct shall be in breach of this Consent Judgment and automatically consent to the entry of a permanent injunction restraining that party from copying, reproducing, distributing, displaying, commercializing, and/or otherwise utilizing any portion of PIC's marketing, advertising, or instructional materials, including, but not limited to, <u>The Instrument Flight Training Manual as developed by Professional Instrument Courses, Inc.</u> and the manner in which PIC advertises or depicts the "Five 'T's" (as shown in Exhibit A).

4.  WLI and Fischer shall make a settlement payment of Ten Thousand Dollars ($10,000.00) to PIC as follows:

   a.  Upon the date of execution of this Consent Judgment, WLI and Fischer shall deliver to McCarter & English, LLP, attorneys for PIC, at CityPlace I, 185 Asylum Street, Hartford, Connecticut 06103, a check payable to "Professional Instrument Courses, Inc." in the amount of Six Thousand Dollars ($6,000.00).

   b.  No later than ninety (90) days after the date of execution of this Consent Judgment, WLI and Fischer shall deliver to McCarter & English, LLP, attorneys for PIC, at CityPlace I, 185 Asylum Street, Hartford, Connecticut 06103, a check payable to "Professional Instrument Courses, Inc." in the amount of Four Thousand Dollars ($4,000.00). WLI and

2

Fischer, at their sole option, shall have the right to make this payment of Four Thousand Dollars ($4,000.00) at any time prior to ninety (90) days after the date of execution of this Consent Judgment.

    c. In the event that WLI and Fischer do not make the payment of Four Thousand Dollars ($4,000.00) within ninety (90) days of the execution of this Consent Judgment, PIC shall give written notice, by overnight courier, to WLI and Fischer that WLI and Fischer are in breach of this Consent Judgment and that WLI and Fischer have ten (10) days to cure their breach. If WLI and Fischer do not cure their breach within this ten (10) day period, they shall automatically consent to a judgment against them in the amount of Twenty-Five Thousand Dollars ($25,000.00) as reasonable liquidated damages under the Copyright Act. All parties agree that this liquidated amount is reasonable, that they intend to liquidate damages in this manner and amount, and that actual damages upon a breach of this Consent Judgment will be uncertain in amount and difficult to prove.

  5. All parties agree that WLI and Fischer have made a Five Thousand Dollar ($5,000.00) charge to PIC's VISA credit card, that PIC disputed this charge, and that VISA reversed this charge pending its investigation and credited PIC's account in the amount of Four Thousand Five Hundred Dollars ($4,500.00). PIC agrees not to seek the remaining Five Hundred Dollars ($500.00) from WLI and Fischer. WLI and Fischer agree to immediately notify VISA that they agree with and do not dispute the reversal of the Four Thousand Five Hundred Dollar ($4,500.00). Nevertheless, in the event that VISA reverses its decision and debits PIC's account or otherwise requires PIC to pay any portion of the Four Thousand Five Hundred Dollars ($4,500.00), WLI and Fischer agree to reimburse PIC for the full amount of any such debit or required payment within ten (10) days of PIC providing notice to WLI and Fischer, by

overnight courier, of VISA's decision.

5A. The parties acknowledge that WLI and Fischer are engaged in a dispute with Mr. Tony Montalte over ownership of the AFIT business and domain name, afit-info.com. Fischer and WLI represent that Mr. Montalte is a former associate of WLI whose affiliation with WLI and Fischer was terminated. Mr. Montalte is claiming ownership of the AFIT business name, as well as the afit-info.com domain. Based on this representation, the parties acknowledge that Fischer and WLI no longer have the ability to directly control Mr. Montalte's actions.

Based on the representations of Fischer and WLI that they have completely separated themselves from Mr. Montalte, PIC shall not seek to, and may not, hold WLI or Fischer responsible for actions taken by Mr. Montalte.

Fischer and WLI agree to provide reasonable cooperation to PIC if it chooses to pursue claims against Mr. Montalte arising out of his unauthorized use of the terms "PIC," "Professional Instrument Courses, or "iflyifr" as "Ad Words," metatags, or other keywords in connection with any search engine, including, but not limited to, Yahoo! and Google. "Reasonable cooperation" shall not be construed to extend beyond the scope outlined in Fed. R. Civ. P. 45(c). It is expressly agreed that all requests for Fischer's or WLI's cooperation in any claims brought by PIC against Mr. Montalte will be made through WLI's counsel, Jason C. Kravitz, Nixon Peabody LLP, Boston, Massachusetts.

6. By entering into this Consent Judgment, WLI and Fisher do not admit any liability as to the claims set forth in PIC's Complaint.

7. PIC, WLI, and Fischer each individually, jointly and on behalf of their respective representatives, officers, directors, agents, partners, attorneys, beneficiaries, parents, subsidiaries, predecessors, successors, heirs, indemnities and assigns, do hereby mutually release and forever

discharge each other, and each of their current representatives, officers, directors, agents, partners, attorneys, beneficiaries, parents, subsidiaries, predecessors, successors, heirs, indemnities and assigns from all debts, obligations, promises, covenants, agreements, contracts, controversies, suits, actions, causes of action, trespasses, violations of law, judgments, damages, claims or demands, causes or things whatsoever, against the other that are known to them as of the date of the execution of this Consent Judgment, whether in law or equity, which the parties had against each other relating to any copyright claim regarding the copying of <u>The Instrument Flight Training Manual as developed by Professional Instrument Courses, Inc.</u>, relating to the use of any of the parties' names as Ad Words, metatags, or other keywords in connection with Internet search engines, or relating to any breach of Fischer's independent contractor agreement with PIC, beginning from any time whatsoever up to and including the date of this Consent Judgment. PIC specifically reserves and does not release any and all claims it has or may have against Mr. Montalte.

8. All notices under this Consent Judgment shall be sent to the following addresses:

| <u>If to PIC</u> | <u>If to WLI or Fischer</u> |
|---|---|
| Mr. John W. O'Brien<br>President<br>Professional Instrument Courses, Inc.<br>Aviation Center<br>30 Plains Road<br>Essex, Connecticut 06426 | Mr. William F. Fischer<br>Chief Executive Officer<br>World Logistics Inc.<br>1209 1/2 Ocean Avenue<br>Seal Beach, California 90740 |
| -and- | -and- |
| William H. Bright, Jr., Esq.<br>McCarter & English, LLP<br>CityPlace I<br>185 Asylum Street<br>Hartford, Connecticut 06103 | Jason C. Kravitz, Esq.<br>Nixon Peabody LLP<br>100 Summer Street<br>Boston, Massachusetts 02110 |

9. This Consent Judgment may not be modified except as agreed in writing by the parties and ordered by the Court.

10. This Consent Judgment shall be binding on the signatory parties hereto, and upon their representatives, officers, directors, agents, partners, attorneys, beneficiaries, parents, subsidiaries, predecessors, successors, heirs, indemnities, assigns, trustees, and other fiduciaries, and upon all of the persons in active participation with them, and upon any and all of their successors in interest.

11. The United States District Court for the District of Connecticut shall retain exclusive jurisdiction over this matter and this Consent Judgment, and any disputes or claims arising out of or relating to this Consent Judgment shall be brought before this Court. In the event that any action is brought to enforce any of the terms of this Consent Judgment other than Paragraph 4.c. of this Consent Judgment, the prevailing party shall be entitled to recover its costs and attorneys fees related to such action.

12. This Consent Judgment shall be effective as between the parties when it has been executed by a representative of each party and by counsel. Such execution may be made in counterparts, each of which shall be deemed an original, and all counterparts so executed shall constitute one instrument binding on all of the parties hereto, notwithstanding that all of the parties hereto or their counsel may not be signatory to the same counterpart. Such execution may be made by facsimile and such signatures shall be binding and deemed original for purposes of enforcing this Consent Judgment.

13. The parties hereto have expended considerable time and effort negotiating the terms of this Consent Judgment and have, at all times, been represented by counsel. As such, the parties hereto have been advised of the legal consequences arising from this Consent Judgment,

and the parties consent and agree thereto. The parties hereto, and each of them, further represent and declare that they have carefully read the terms of this Consent Judgment and know the contents thereof and that they sign the same freely and voluntarily.

14. The drafting and negotiation of this Consent Judgment have been participated in by each of the parties hereto, and each of their counsel, and for all purposes this Consent Judgment shall be deemed to have been drafted jointly by the parties thereto.

15. The parties hereto waive appeal from this Consent Judgment or challenge to it in any way.

16. A declaration executed by Fischer in support of, and as a condition to the execution of, this Consent Judgment is attached hereto as Exhibit B.

**AGREED:** February __, 2006

PROFESSIONAL INSTRUMENT
COURSES, INC.

By:_____
   John W. O'Brien
   President


By:_____
   William H. Bright, Jr.
   Federal Bar No.: ct 02494
   Andrew D. Moore
   Federal Bar No.: ct 22281
   McCarter & English, LLP
   CityPlace I
   185 Asylum Street
   Hartford, Connecticut 06103
   Tel.: (860) 275-6700
   Fax: (860) 724-3397

**SO ORDERED:**

Dated: _3/7/06_

February __, 2006

WORLD LOGISTICS, INC. d/b/a
ACCELERATED FLIGHT AND
INSTRUMENT TRAINING and
WILLIAM F. FISCHER

By: _/s/ William F. Fischer_
   William F. Fischer
   Chief Executive Officer of
   World Logistics, Inc. d/b/a Accelerated
   Flight and Instrument Training

By: _/s/ Jason C. Kravitz_
   Jason C. Kravitz (Pro Hac Vice)
   Nixon Peabody LLP
   100 Summer Street
   Boston, Massachusetts 02110
   Tel.: (617) 345-1318
   Fax: (866) 947-1715


_/s/ Alan H. Nevas_
The Honorable Alan H. Nevas
United States District Judge

8

**AGREED:** February 2̲3̲, 2006

PROFESSIONAL INSTRUMENT
COURSES, INC.

By: _____
John W. O'Brien
President

By: _____
William H. Bright, Jr.
Federal Bar No.: ct 02494
Andrew D. Moore
Federal Bar No.: ct 22281
McCarter & English, LLP
CityPlace I
185 Asylum Street
Hartford, Connecticut 06103
Tel.: (860) 275-6700
Fax: (860) 724-3397

**SO ORDERED:**

Dated: _____

February ___, 2006

WORLD LOGISTICS, INC. d/b/a
ACCELERATED FLIGHT AND
INSTRUMENT TRAINING and
WILLIAM F. FISCHER

By: _____
William F. Fischer
Chief Executive Officer of
World Logistics, Inc. d/b/a Accelerated
Flight and Instrument Training

By: _____
Jason C. Kravitz (Pro Hac Vice)
Nixon Peabody LLP
100 Summer Street
Boston, Massachusetts 02110
Tel.: (617) 345-1318
Fax: (866) 947-1715

_____
The Honorable Alan H. Nevas
United States District Judge

8

EXH A.





EXH B

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PROFESSIONAL INSTRUMENT COURSES, INC., | ) ) ) | CIVIL ACTION NO.: 305CV1344 (AHN) |
| Plaintiff, | ) ) ) | |
| V. | ) ) | |
| WORLD LOGISTICS INC. d/b/a ACCELERATED FLIGHT AND INSTRUMENT TRAINING, and WILLIAM F. FISCHER, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | FEBRUARY _11_, 2006 |

### DECLARATION OF WILLIAM F. FISCHER
### PURSUANT TO 28 U.S.C. § 1746

I, William F. Fischer, do hereby depose and say that:

1.  I am the Chief Executive Officer of World Logistics, Inc. d/b/a Accelerated Flight and Instrument Training ("WLI"). I was also formerly an independent contractor for Professional Instrument Courses, Inc. ("PIC"). I make this affidavit both individually and on behalf of WLI in furtherance of the settlement of the above-captioned action and the Consent Judgment, dated February _11_, 2006, entered into by the parties to the above-captioned matter.

2.  I have returned all of PIC's marketing, advertising, and instructional materials, including, but not limited to, <u>The Instrument Flight Training Manual as developed by Professional Instrument Courses, Inc.</u>, and any of PIC's other proprietary materials that were once in my possession. I am no longer in possession of any of PIC's marketing, advertising, and instructional materials, including, but not limited to, <u>The Instrument Flight Training Manual as developed by Professional Instrument Courses, Inc.</u>, or any of PIC's other proprietary materials.

3.  I have not reproduced, distributed, displayed, commercialized, or otherwise utilized, without authorization, any of PIC's marketing, advertising, or instructional materials, including, but not limited to, <u>The Instrument Flight Training Manual as developed by Professional Instrument Courses, Inc.</u>, or any of PIC's other proprietary materials at any time since I stopped working as an independent contractor for PIC. I have never authorized or instructed anyone to reproduce, distribute, display, commercialize, or otherwise utilize any of PIC's proprietary materials at any time since I stopped working as an independent contractor for PIC.

4.  WLI has not reproduced, distributed, displayed, commercialized, or otherwise utilized, without authorization, any of PIC's marketing, advertising, or instructional materials, including, but not limited to, <u>The Instrument Flight Training Manual as developed by Professional Instrument Courses, Inc.</u>, or any of PIC's other proprietary materials at any time.

5.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 11, 2006
Seal Beach, California

William F. Fischer
Chief Executive Officer
World Logistics Inc.

## **CERTIFICATION**

This is to certify that on this 3rd day of March 2006, a copy of the foregoing Consent Judgment was sent by first-class mail, postage-prepaid, to:

Thomas P. O'Dea, Jr.
Halloran & Sage, LLP
315 Post Road West
Westport, Connecticut 06880
Attorneys for defendants World Logistics, Inc.
d/b/a Accelerated Flight and Instrument Training
and William F. Fischer

Jason C. Kravitz, Esq.
Nixon Peabody LLP
100 Summer Street
Boston, Massachusetts 02110
Attorneys for defendants World Logistics, Inc.
d/b/a Accelerated Flight and Instrument Training
and William F. Fischer

_____
Andrew D. Moore